### 23633. WESLEY *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of involuntary manslaughter in the commission of an unlawful act. The verdict was amply authorized by the evidence, and the two special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED NOVEMBER 28, 1933.

*O. J. Coogler,* for plaintiff in error.
*Claude C. Smith, solicitor-general,* contra.